158E/KCB

#4

CIvil Action No. 2:20-cv-1096

# *UNITED STATES DISTRICT COURT*

## *FOR THE WESTERN DISTRICT OF PENNSYLVANIA*

RECEIVED
JUL 20 2020
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Michael John Piskanin (a/k/a Michael Piscanio)
5253 National Pike Markleysburg, Pa 1025

VS

RONALD O. PERELMAN, individually, jointly, and severally together with all other herein named and un-named Defendants to this action c/o Mcandrews & Forbes 35 E 65th St New York, NY 10065

and

MARK CAPOZZA, as Superintendent SCI Fayette 59 overlook drive La Belle, Pa. 15450 and individually, jointly and severally with all named and un-named defendants to this action

and

District Magistrate MICHAEL ***DEFINO***, a Fayette Co. District Magistrate 113 Thornton road Brownsville, Pa. 15417 724 785-6966

**DR. MATTHEW MICELI M.D.** Individually, jointly and severally with all named and un-named defendants to this action SCI FAYETTE, 50 overlook drive LA BELLE, PA 15450

and

**DR. ANDREW DANCHA, D.O.,,** Somerset, Pa., Pa Department corrections regional medical supervisor 5706 Glades pike SOMERSET, PA. 15501 All individually, jointly and severally with all named and un-named defendants

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS and it's Secretary, JOHN EDWARD WETZEL 1920 TeechnologyPkwy Mechanicsburg Pa 17050**

All Defendants named and un-named to this action are alleged to have acted in concert and conspiracy with one another to deprive and interfere with plaintiff Michael Piskanin to falsely imprison him, subject him to cruel and unusual punishment denial of medical treatment, more onerous punishment, invade and deprive his civil, constitutional rights in violation 42 USC section 1981,1982, 1983, 1985, 1986, 1988 and other state and federal laws and U>S>constitutional provisions and amendments thereby to and for purposes of endangering/and/or shortening plaintiff,s life, all also in collusion with defendants RONALD O. PERELMAN AND OTHERS as stated herein and by amendment complaint. (See Motion for extension of time to file complaint and amended complaint).

W H E R E F O R E plaintiff demands judgment against the defendants, RONALD O. PERELMAN, MARK CAPOZZA, MICHAEL DEFINO, MATTHEW MICELLI MD, ANDREW DANCHA, D.O., PENNSYLVANIA DEPARTMENT OF CORRECTIONS And it's secretary JOHN EDWARD WETZEL each of them individually, jointly, and severally and each of them with one another in the amount of Four million dollars ($4,000,000.00) plus costs of this action and any attorney fees subject to plaintiff's amendment of this complaint.

Respectfully submitted, subject to penalties for perjury as to statements made in this Complaint.

Michael Piskanin
5253 National Pike
Markleysburg, Pa. 15459
7-13-2020